**Case No. 15-30592**

___

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

___

YOLANDE BURST,
                    Appellant,

v.

SHELL OIL COMPANY; CHEVRON USA, INCORPORATED; and TEXACO, INCORPORATED,
                    Appellees.

___

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

___

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

___

| | |
|---|---|
| Lauren Tanner Bradley | Macey Reasoner Stokes |
| BAKER BOTTS L.L.P. | Amy Pharr Hefley |
| 98 San Jacinto Blvd., Suite 1500 | BAKER BOTTS L.L.P. |
| Austin, Texas 78701 | 910 Louisiana Street |
| (512) 322-2500 | Houston, Texas 77002 |
| (512) 322-2501 (fax) | (713) 229-1234 |
| | (214) 229-7869 (fax) |

*Counsel for Appellees Shell Oil Company; Chevron USA, Incorporated; and Texaco, Incorporated*

**Case No. 15-30592**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

YOLANDE BURST,
                                              Appellant,

v.

SHELL OIL COMPANY; CHEVRON USA, INCORPORATED; and TEXACO, INCORPORATED,
                                              Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

Appellees Shell Oil Company, Chevron USA, Inc., and Texaco, Inc. (collectively, "Appellees") file this unopposed motion for a 21-day extension of time and would show the Court as follows:

1.    This appeal concerns a products liability action. Appellant Yolande Burst ("Burst") appealed from the district court's order granting summary judgment in favor of Appellees.

2.    Burst filed her notice of appeal on July 5, 2015. Following an unopposed 30-day extension of time, Burst filed her opening brief on October 26, 2015.

3. Appellees' brief is now due on November 30, 2015. Appellees respectfully request a 21-day extension to file their brief, to and including December 21, 2015.

4. Since receiving Burst's brief, counsel has and continues to work diligently to prepare Appellees' brief, but has experienced numerous professional conflicts. For example, counsel has (1) a trial set for November 9, 2015 through November 13, 2015 in *D&KW Family, LP v. Centerpoint Energy Houston Electric, LLC*, Cause No. 998556, in the County Court at Law Number 3, Harris County, Texas; (2) a brief on the merits due on November 24, 2015 in *Oncor Electric Delivery Co. v. Public Utility Commission of Texas*, No. 15-0005, in the Supreme Court of Texas; (3) a petition for review due on November 25, 2015 in *Noble Energy, Inc. v. ConocoPhillips Co.*, No. 15-0502, in the Supreme Court of Texas; and (4) an appellees' brief due on December 7, 2015, in *Harrison v. Harrison Interests, Ltd.*, No. 14-15-00348-CV, in the Court of Appeals for the Fourteenth Judicial District of Texas at Houston.

6. Appellees request this extension not for delay but so that counsel may have adequate time to draft a brief that sets forth Appellees' arguments in a manner that would most aid this Court's decisional process.

7. Burst does not oppose this motion.

8. For the forgoing reasons, Appellees respectfully request a 21-day extension of time, to and including December 21, 2015, in which to file their brief.

Respectfully submitted,

/s/ *Lauren Tanner Bradley*
Macey Reasoner Stokes
Amy Pharr Hefley
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
(214) 229-7869 (fax)
macey.stokes@bakerbotts.com
amy.hefley@bakerbotts.com

Lauren Tanner Bradley
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
(512) 322-2500
(512) 322-2501 (fax)
lauren.bradley@bakerbotts.com

*Counsel for Appellees Shell Oil Company, Chevron USA, Inc. and Texaco, Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 3, 2015, I conferred with opposing counsel regarding the merits of this motion. The motion is unopposed.

<div style="text-align: right;">

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2015, the foregoing motion was electronically filed with the Court and copies were served by the same means on:

Richard J. Fernandez
Amber E. Cisney
Richard J. Fernandez, LLC
3000 W. Esplanade Ave.
Metairie, Louisiana 70002
(504) 834-8500

Lynn Eric Williams, Jr.
Williams Law Office, LLC
433 Metairie Rd., Suite 401
Metairie, Louisiana 70005
(504) 832-9898
eric@amlbenzene.net

Keith E. Patton
Shrader & Associates, LLP
3900 Essex Lane, Ste. 390
Houston, Texas 77027
(713) 782-0000

*Counsel for Appellant Yolande Burst*

　　　　　　　　　　　　　　　　　　*/s/ Lauren Tanner Bradley*
　　　　　　　　　　　　　　　　　　Lauren Tanner Bradley